[No. 16947-2-III.    Division Three.    December 10, 1998.]

*In the Matter of the Estate of* JAMES PHILLIPS.

*In the Matter of the Living Trust of* JAMES PHILLIPS, GUS NICHOLS, *Appellant*, v. BARBARA GLAB, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 96-4-00012-5, Gregory D. Sypolt, J., entered September 2, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[Nos. 19657-3-II; 19658-1-II.    Division Two.    December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. OLOTH INSYXIENGMAY, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 95-1-00335-6, 94-1-03719-8, Karen L. Strombom, J., entered June 27 and July 5, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 21427-0-II.    Division Two.    December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY ALLEN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00314-1, D. Gary Steiner, J., entered December 9, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 21912-3-II.    Division Two.    December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY GEORGE MICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00621-9, Randolph Furman, J., entered April 28, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.